**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


NEWARK                                              DATE: July 9, 2012

JUDGE:  HON.  FAITH S. HOCHBERG

COURT REPORTER:  JOHN STONE

DEPUTY CLERK: JULIANNE BURO


Title of Case:  SMART TRIKE USA, LLC, et al. v. HEINZ KETTLER GMBH & CO. KG, et al.

Civ. Docket No. 10-2063 (FSH)


Appearances:        Edward Pennington, Esq. for Plaintiffs
                    John Moy, Esq. for Plaintiffs
                    Sean Phelen, Esq. for Plaintiffs
                    Timothy Murphy, Esq. for Plaintiffs
                    Arnold B. Calmann, Esq. for Plaintiffs
                    Katherine Escanlar, Esq. for Plaintiffs
                    Jeffrey Soos, Esq. for Plaintiffs
                    John Lynch, Esq. for Defendants
                    Matthew Osborne, Esq. for Defendants
                    Mark Schlesinger, Esq. for Defendants
                    Ethan Ostroff, Esq. for Defendants


**NATURE OF PROCEEDINGS:**     Jury Selection & Jury Trial

Trial with jury moved at 9:30a.m.

Ordered jury drawn.          Jury drawn.

Recess 12:00p.m. - 1:45p.m.

Ordered jury sworn.          Jury sworn.

Preliminary instructions provided by Court.

Edward Pennington, Esq. provided opening statement for the Plaintiffs.
John Lynch, Esq. provided opening statement for Defendants.

Elie Baron sworn for the Plaintiffs.

Jury excused at 5:10p.m.

Discussion of housekeeping matters outside jury presence.

Trial adjourned at 5:25p.m. until Tuesday, July 10, 2012 at 9:30AM.


Time Commenced:   9:30a.m.                    Time adjourned:   5:25p.m.

cc: chambers                                        *Julianne Buro*
                                                    Deputy Clerk